# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   COREY LUKE & GEORGIA S. SMITH  
106 MARQUETTE RD. SW  
POPLAR GROVE, IL  61065  

SSN-xxx-xx-2874 & xxx-xx-3181

Case Number: 06-71021

Case filed on: 6/15/2006  
Plan Confirmed on: 8/21/2006  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $1,350.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 761.41 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 761.41 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 1,245.68 | 1,245.68 | 177.69 | 0.00 |
|  | Total Priority | 1,245.68 | 1,245.68 | 177.69 | 0.00 |
| 999 | COREY LUKE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MIDWEST TITLE LOANS | 433.31 | 320.00 | 319.89 | 14.31 |
| 002 | NUVELL CREDIT CORPORATION | 100.00 | 100.00 | 0.00 | 0.00 |
|  | Total Secured | 533.31 | 420.00 | 319.89 | 14.31 |
| 001 | MIDWEST TITLE LOANS | 0.00 | 113.31 | 0.00 | 0.00 |
| 002 | NUVELL CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AAA COLLECTORS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSET PROTECTION & RECOVERY SOLUTIONS, L | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BOONE COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAVALRY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CHECK ALERT SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CHECK IT | 1,343.98 | 1,343.98 | 0.00 | 0.00 |
| 014 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CLEAR CHECK | 711.93 | 711.93 | 0.00 | 0.00 |
| 016 | CREDIT MANAGEMENT CENTRAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CYBR COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PREMIER BANKCARD/CHARTER | 305.28 | 305.28 | 0.00 | 0.00 |
| 021 | GLOBAL PAYMENTS CHECK RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | KCA FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | KOHL'S DEPARTMENT STORE | 163.34 | 163.34 | 0.00 | 0.00 |
| 024 | KROGER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | M.C.C. | 1,411.01 | 1,411.01 | 0.00 | 0.00 |
| 026 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MENARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MONCO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 2,271.54 | 2,271.54 | 0.00 | 0.00 |
| 030 | NCO FINANCIAL SYSTEMS INC | 728.50 | 728.50 | 0.00 | 0.00 |
| 031 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PEOPLES GAS LIGHT & COKE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD MERCANTILE AGENCY INC | 764.00 | 764.00 | 0.00 | 0.00 |
| 034 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | TRS RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | KOHL'S DEPARTMENT STORE | 141.89 | 141.89 | 0.00 | 0.00 |
| 039 | BANK ONE N/A | 2,996.00 | 2,996.00 | 0.00 | 0.00 |
| 040 | ASSET ACCEPTANCE CORP | 352.17 | 352.17 | 0.00 | 0.00 |
| 041 | IHC SWEDISH AMERICAN E.R. | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | IL DEPT OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ILLINOIS DEPT OF HUMAN SERVICES | 1,243.00 | 1,243.00 | 0.00 | 0.00 |
| 044 | JANET WATTLES CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | RADIOLOGY CONSULTANTS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | ROCKFORD E.A.S. | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

|  |  |  |  |  |
|---|---|---|---|---|
| Total Unsecured | 12,432.64 | 12,545.95 | 0.00 | 0.00 |
| Grand Total: | 16,911.63 | 16,911.63 | 1,258.99 | 14.31 |

Total Paid Claimant:      $1,273.30
Trustee Allowance:        $76.70
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan